SEP - 5 2018
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Prob 22 (VAE Rev 4/13)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
1:11CR00407-003

DOCKET NUMBER *(Rec. Court)*
2:18-cr-00558-JFW

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Bobby Garcia | EASTERN DISTRICT OF VIRGINIA | Alexandria |

FILED
CLERK, U.S. DISTRICT COURT
08/30/2018
CENTRAL DISTRICT OF CALIFORNIA
BY: CLO DEPUTY

| NAME OF SENTENCING JUDGE | | |
|---|---|---|
| The Honorable James C. Cacheris | | |
| DATES OF PROBATION/SUPERVISED RELEASE: | FROM 08/21/15 | TO 08/20/20 |

**OFFENSE:**
Conspiracy to Distribute 5 Kilograms or More of Cocaine (ScheduleII)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **EASTERN DISTRICT OF VIRGINIA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the CENTRAL DISTRICT OF CALIFORNIA, LANCASTER DIVISION upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Aug 20, 2018
*Date*

*[signature]*
Liam O'Grady
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **CENTRAL DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/29/2018
*Effective Date*

*[signature]* Virginia A. Phillips
United States District Judge